IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL YOUNG,

    Plaintiff,

v.

THE EAU CLAIRE WISCONSIN CITY
POLICE STATION, MATT STONE and
ART NELSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-840-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered denying plaintiff Michael Young leave to proceed on his claims against defendants Eau Claire Wisconsin City Police Station, Matt Stone and Art Nelson and dismissing this case.

/s/ by: E. Clark, Deputy Clerk       10/03/2013
Peter Oppeneer, Clerk of Court      Date